

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GAVIN GILLAS, | § | No. 08-19-00258-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| SOMA BHARGAVA and PIYUSH BHARGAVA, | § | of Travis County, Texas[1] |
| Appellees. | § | (TC# C-1-CV-18-0011376) |

## <u>MEMORANDUM OPINION</u>

Appellant Gavin Gillas has filed an agreed motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1)(governing voluntary dismissals). The motion is granted, and this appeal is dismissed. Costs are taxed against the Appellant. TEX.R.APP.P. 42.1(d).


                                        GINA M. PALAFOX, Justice

January 29, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.